## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-63068-BEM |
| | ) | |
| GEORGE VICTOR MATTHEWS, | ) | CHAPTER 7 |
| | ) | |
| Debtor | ) | |

### MOTION TO SETTLE AND COMPROMISE VARIOUS CONTROVERSIES

COMES NOW Edwin K. Palmer, Trustee, by and through his undersigned counsel, who moves to settle various claims of the estate and respectfully shows the following:

1.

On August 19, 2019, George Victor Matthews ("Debtor") filed his voluntary Chapter 7 petition in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division, Case No. 19-63068-BEM.

2.

Edwin K. Palmer ("Trustee" and/or "Movant"), is the duly appointed and acting trustee herein, and is represented by Ragsdale, Beals, Seigler, Patterson & Gray, LLP pursuant to an order of this Court.

3.

In connection with his investigation of this case, Trustee, by his undersigned attorneys, has asserted an avoidable transfer claim pursuant to 11 U.S.C. §§544, 548, and/or 550 against GVM Trust ("GVM"). Trustee's claim relates to a transfer of real estate by Quitclaim deed dated October 28, 2014 from Debtor to GVM. A true and correct copy of the Quitclaim Deed is attached hereto as Exhibit "A" and incorporated herein by this reference. The Quitclaim Deed

transfer shall hereinafter be referred to as the "Transfer". The Transfer purported to transfer Debtor's current residence, 16675 Hopewell Rd., Milton, GA 30004 (the "Property") from Debtor to GVM. Trustee's claim seeks to set aside the Transfer and recover the Property for the benefit of the estate.

4.

Also, prior to Debtor's Chapter 7 filing, GVM was also a Defendant in a civil action pending in the Superior Court of Forsyth County, Georgia Civil Action File No. 17CV1937-1 (the "State Action"). The State Action sought, *inter alia*, to set aside an earlier transfer of the Property – a transfer dated October 16, 2014 from William V. Hadsell, as trustee of the VM Trust #1 ("VM") to Debtor. In the State Action, the current Plaintiff, Barbara Cash, as Trustee for VM alleges the transfer from VM to Debtor was procured by fraud. Debtor and Trustee dispute the allegations of VM. Moreover, with the agreement of counsel for VM, the Property was appraised on December 2, 2019. The Property appraised for $225,000.00. Trustee has received an offer "net to the estate" of $215,000.00 to sell the Property to Debtor's daughter. In effect, the current offer seeks to liquidate the Property to cash for the benefit of all claimants against the Property.

5.

GVM has asserted defenses to Movant's claims and denies the voidability of the Transfer. Trustee's counsel has reviewed these matters, and Trustee has determined that GVM's allegations create a dispute of fact impacting the probability of success in any potential litigation against GVM. In addition, pursuing litigation (whether in bankruptcy court or in the State Action) involves additional expense, inconvenience, and delay for the administration of this

estate and for all parties in any litigation.

6.

Following research, investigation, and discovery by Trustee's counsel, and following negotiations with GVM, the parties have agreed to settle Trustee's claims, subject to Court approval.

7.

GVM has agreed to transfer the Property to the Trustee. The Trustee of GVM shall execute a quit claim deed transferring the Property to the Trustee. The deeding of the Property to the Trustee will be in full and final settlement of the Transfer claim which the estate has asserted against GVM. In exchange for the return (quitclaim deed) of the Property from GVM to the estate, the Trustee is required to sell the Property free and clear of <u>all</u> claims and encumbrances (including those asserted in the State Action) for $215,000.00 to Alex Matthews pursuant to the pending Motion to Sell. The Motion to Settle is contingent on the Court's approval of the Motion to Sell. Similarly, the Motion to Sell is contingent on this Court's approval of this Motion to Settle. Based on the fact that the settlement and sale will net <u>all</u> parties the fair market value of the Property (as determined by the agreed appraiser) and end all litigation among all parties, the Court should approve the settlement and the sale.

8.

Trustee states in his judgment, that the proposed settlement is fair and reasonable, and that it would be in the best interest of the estate to accept the proposed settlement.
WHEREFORE, Movant prays as follows:

    a.       Movant be allowed to enter into the settlement as proposed; and

    b.    Movant be granted such other and further relief as the Court deems just and proper.

Respectfully submitted this 21st day of February, 2020.

                                                        */s/ W. Russell Patterson, Jr.*
                                                        W. Russell Patterson, Jr.
                                                        Georgia Bar No. 566920
Ragsdale Beals Seigler Patterson & Gray, LLP    Attorney for Trustee
229 Peachtree St. NE, Suite 2400
Atlanta, GA 30303-1629
404.588.0500
wrpjr@rbspg.com

Deed Book 54347 Pg 323
Filed and Recorded Nov-06-2014 10:58am
2014-0317009
Real Estate Transfer Tax $0.00
Cathelene Robinson
Clerk of Superior Court
Fulton County, Georgia
AFF
DE Book 56232 Page 641

After recording,
return to:

John G. Grubb, Jr.
P.O. Box 447
McCaysville, Georgia 30555

## QUITCLAIM DEED

**THIS INDENTURE** is made October 28th, 2014, between George Victor Matthews ("Grantor") and John G. Grubb, Jr., as Trustee of the GVM Trust ("Grantee").

To effect a gift to the GVM Trust of which Grantor is the sole beneficiary, Grantor sells, transfers, and forever quit-claims to Grantee all right, title, and interest Grantor has or may have in the real property in Fulton County, Georgia, more particularly described in the attached **Exhibit A**, with all the rights, easements, members, and appurtenances to such property (collectively, the "Property").

**TO HAVE AND HOLD** the Property, so that neither Grantor nor any person claiming under Grantor shall claim or demand any right, title, or interest in the Property at any time.

EXHIBIT "A"

Deed Book 54347 Pg 324

**IN WITNESS WHEREOF,** Grantor has signed and sealed this Deed on the above date.

Signed, sealed, and delivered
in the presence of:

_____        _____
Unofficial Witness                                      George Victor Matthews

_____
Notary Public



[?c:\vi@ycd to trust.doc]

OFFICIAL SEAL
BILLIE JO WHITEHEAD
Notary Public, Georgia
FORSYTH COUNTY
My Commission Expires
FEBRUARY 3, 2017

Deed Book 54347 Pg 325
Cathelene Robinson
Clerk of Superior Court
Fulton County, Georgia

## EXHIBIT A

### Legal Description

All that tract or parcel of land lying and being in Land Lot 184, 2nd District, 2nd Section, Fulton County, Georgia, and being more particularly described as follows:

To find the point of beginning, commence at an iron pin located at the intersection of the southeast right-of-way line of Phillips Road (a 60' R/W) with the north line of land lot 184; thence north 68 degrees 50 minutes 00 seconds east for a distance of 107.60 feet to an iron pin; thence south 19 degrees 20 minutes 00 seconds east for a distance of 107.25 feet to an iron pin; thence north 88 degrees 50 minutes 00 seconds east for a distance of 107.25 feet to an iron pin located on the southwest right-of-way line of Hopewell Road (an 60' R/W); thence south 29 degrees 53 minutes 00 seconds east for a distance of 285.50 feet along said right-of-way line to an iron pin located at the northeast corner of Fred H. Ball property; thence north 85 degrees 30 minutes 00 seconds west for a distance of 472.40 feet along said Ball property line to an iron pin; thence south 22 degrees 55 minutes 00 seconds east for a distance of 250.00 feet along said Ball property line to an iron pin; thence north 88 degrees 50 minutes 00 seconds east for a distance of 113.90 feet along said Ball property line to an iron pin; thence north 82 degrees 40 minutes 00 seconds east for distance of 324.80 feet along said Ball property line to an iron pin located on the southwest right-of-way line of Hopewell Road; thence south 07 degrees 26 minutes 00 seconds east for a distance of 100.00 feet along said Hopewell Road right-of-way to a point; thence south 06 degrees 55 minutes 00 seconds east for a distance of 57.10 feet along said right-of-way to a point and the true point of beginning; thence south 06 degrees 55 minutes 00 seconds east for a distance of 132.00 feet along said right-of-way line to an iron pin; thence north 89 degrees 43 minutes 00 seconds west for a distance of 340.89 feet to a point; thence north 00 degrees 17 minutes 00 seconds east for distance of 130.96 feet to a point; thence south 89 degrees 43 minutes 00 seconds east for a distance of 324.35 feet to the point of beginning.

KH296434.DOC

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-63068-BEM |
| | ) | |
| GEORGE VICTOR MATTHEWS, | ) | CHAPTER 7 |
| | ) | |
| Debtor | ) | |

CERTIFICATE OF SERVICE

This is to certify that on this day I have caused a copy of the Motion to Settle and Compromise Various Controversies to be served via United States First Class Mail with adequate postage prepaid, on the following parties on the list attached hereto at the address shown for each.

This 21st day of February, 2020.

                                                                                        /s/ W. Russell Patterson, Jr.
                                                                                        W. Russell Patterson, Jr.
                                                                                        Georgia Bar No. 566920
                                                                                        Attorney for Trustee

Ragsdale, Beals, Seigler, Patterson & Gray, LLP
229 Peachtree St. NE, Suite 2400
Atlanta, GA 30303-1629
404.588.0500
wrpjr@rbspg.com

United States Trustee
362 Richard Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

Alex Matthews
4240 Ridgebrook Bend
Cumming, GA 30028

Fulton County Tax Commissioner
141 Pryor Street, SW
Atlanta, GA 30303

Brian S. Limbocker
Limbocker Law Firm
2230 Towne Lake Pkwy, Bldg 100-140
Woodstock, GA 30189-5547

Michael D. Robl
Robl Law Group, LLC
Suite 250
3754 Lavista Rd
Tucker, GA 30084

Victoria Ann Avery
5665 Atlanta Hwy, 102-261
Alpharetta, GA 30004

Victoria Ann Avery
2080 One White Oak Ln.
Apt. 4102
Cumming, GA 30041

George Victor Matthews
380 Dahlonega St. Suite 102
Cumming, GA 30040-8212

Edwin K. Palmer
PO Box 1284
Decatur, GA 30030

Millano Investments, LLC
c/o Malina B. Malouf, registered agent
3912 Charleston Market Street
Suwanee, GA 30024

Millano Investments, LLC
P.O. Box 3693
Suwanee, GA 30024

W. Russell Hodges
Hodges Law Firm, LLC
520 Pirkle Ferry Rd, Suite C.
Cumming, GA 30040

GVM Trust c/o its Trustee
George Vourvoulias
PO Box 507
Green Lake, WI 54941-0507

Barbara Cash
Trustee of VM Trust #1
1310 Smithdale Hts. Dr.
Cumming, GA 30040

Barbara J. Phillips
1310 Smithdale Hts. Dr.
Cumming, GA 30040