

**IT IS ORDERED as set forth below:**

**Date: July 8, 2020**

_____
**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-63068-BEM |
| | ) | |
| GEORGE VICTOR MATTHEWS, | ) | CHAPTER 7 |
| | ) | |
| Debtor | ) | |

**ORDER ON MOTION TO SETTLE AND COMPROMISE
<u>VARIOUS CONTROVERSIES</u>**

On June 12, 2020, Edwin K. Palmer, Trustee, filed a Motion to Settle and Compromise Various Controversies (the "Motion") (Docket No. 69). The Motion sought authority to settle the estate's alleged voidable transfer claim pursuant to 11 U.S.C. §§ 544, 548, and/or 550 against GVM Trust ("GVM") relating to the transfer of real estate by Quitclaim deed dated October 28, 2014 from George Victor Matthews ("Debtor") to GVM (the "Transfer"). The Transfer purported to transfer Debtor's residence, 16675 Hopewell Rd., Milton, Fulton County, Georgia, 30004 (the "Property") from Debtor to GVM. Trustee alleges the Transfer is avoidable and seeks to set aside the Transfer and recover the Property for the benefit of the estate. Also, prior to Debtor's Chapter 7 filing, GVM was also a Defendant in a civil action pending in the Superior

Court of Forsyth County, Georgia Civil Action File No. 17CV1937-1 (the "State Action"). The State Action sought, *inter alia*, to set aside an earlier transfer of the Property – a transfer dated October 16, 2014 from William V. Hadsell, as trustee of the VM Trust #1 ("VM") to Debtor. In the State Action, the current Plaintiff, Barbara Cash, as Trustee for VM alleges, *inter alia*, that the transfer from VM to Debtor was procured by fraud. Debtor, Trustee, and GVM dispute the allegations of VM.

The Court has now entered an Order granting relief from stay (Doc. No. 62), and it appears the State Action will proceed. The Defendant in the State Action is GVM, and GVM must be allowed to defend against those claims. Moreover, GVM and Debtor have asserted defenses to Trustee's claims and deny the voidability of the Transfer.

Trustee alleges in the Motion that (a) he is authorized to pursue these matters on behalf of the estate; (b) substantial legal questions are involved in the prosecution of these matters; and (c) the proposed settlement is in the best interest of the estate and its creditors pursuant to the various factors set forth in *In re Justice Oaks II, Ltd.*, 898 F.2d 1544, 1549 (11th Cir.1990) and *In the Matter of Jackson Brewing Company*, 624 F.2d 599 (5th Cir.1980).

Notice of Trustee's Motion, of the deadline to object and for hearing was given to GVM, Debtor, Debtor's attorneys, and all creditors and parties in interest pursuant to the procedures of General Order No. 24-2018 (Doc. No. 70). No party filed an objection prior to the objection deadline (July 6, 2020). The Motion came on for hearing on July 7, 2020, at which time no creditor or party in interest objected to the Motion. The Court has considered the Motion and all other matters of record, including the lack of objection to the Motion. Based on the foregoing, no further notice or hearing is required. Trustee's Motion is deemed unopposed. The Court

finds that good cause exists to grant the relief requested in the Motion.  Accordingly, it is hereby

**ORDERED** that the Motion of the Trustee is **GRANTED.**  It is further

**ORDERED** that:

a)  The firms Krevolin & Horst, LLC and the Robl Law Group, LLC may represent GVM in the State Action;

b)  GVM shall execute a deed to secure debt (the "lien") against the Property in favor of the Trustee in the principal amount of $140,000.00.  Upon approval of the settlement, Trustee is authorized to immediately record his lien.  This lien shall be in second priority to the deed to secure debt currently held by Millano Investments, LLC, filed for record on June 8, 2016 deed book 56232, page 643, Fulton County, Georgia records, in the current principal amount of $75,000.00;

c)  The Trustee's lien shall be reduced dollar by dollar in accordance with the reasonable attorney's fees and expenses incurred by counsel for GVM in the State Action, up to a cap of $55,000 for the reduction of the lien;

d)  Should GVM lose in the State Action, the Chapter 7 Trustee shall release the lien (the release will not occur until after exhaustion of any appeals);

e)  Should GVM prevail in the State Action, Trustee agrees that GVM may immediately sell the Property to Alex Matthews at the previously agreed price ($215,000.00) (see Doc. No. 37), from which sale proceeds the Chapter 7 estate shall be paid the balance of the $140,000.00 lien less the actual attorney's fees and expenses of counsel for GVM described above capped at $55,000.00; and

f)  Should GVM prevail in the State Action, and if the attorney's fees and expenses of GVM / its counsel exceed $55,000, then GVM / its counsel will retain the ability to pursue collection from sources other than the Property (e.g., an offer of compromise was made under the tort fee shifting statute, OCGA 9-11-68, and if GVM should prevail, GVM may pursue the plaintiff for fees);

g)  The settlement set forth in this Motion is in full and final settlement of all claims asserted by Trustee against GVM and Debtor related to the Transfer, and this Order embodies that settlement without need for a separate settlement agreement; and

h)  Trustee, the Chapter 7 estate, Debtor, and GVM reserve any and all other claims either may possess against VM, its trustees, and /or its counsel.

**[END OF DOCUMENT]**

(Presentation signature and parties to be served on following pages)

Presented by:

*/s/ W. Russell Patterson, Jr.*
W. Russell Patterson, Jr.
Georgia Bar No. 566920
Attorney for Trustee

Ragsdale Beals Seigler Patterson & Gray LLP
229 Peachtree St. NE, Suite 2400
Atlanta, GA 30303-1629
(404) 588-0500
wrpjr@rbspg.com

## Parties to be served

| | |
|---|---|
| United States Trustee<br>362 Richard Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | Edwin K. Palmer<br>PO Box 1284<br>Decatur, GA 30030 |
| Alex Matthews<br>4240 Ridgebrook Bend<br>Cumming, GA 30028 | Millano Investments, LLC<br>c/o Malina B. Malouf, registered agent<br>3912 Charleston Market Street<br>Suwanee, GA 30024 |
| Fulton County Tax Commissioner<br>141 Pryor Street, SW<br>Atlanta, GA 30303 | Millano Investments, LLC<br>P.O. Box 3693<br>Suwanee, GA 30024 |
| Brian S. Limbocker<br>Limbocker Law Firm<br>2230 Towne Lake Pkwy, Bldg 100-140<br>Woodstock, GA 30189-5547 | W. Russell Hodges<br>Hodges Law Firm, LLC<br>520 Pirkle Ferry Rd, Suite C.<br>Cumming, GA 30040 |
| Michael D. Robl<br>Robl Law Group, LLC<br>3754 Lavista Rd. Suite 250<br>Tucker, GA 30084 | Krevolin & Horst, LLC<br>1201 W. Peachtree St. NW<br>Suite 3250<br>Atlanta, GA 30309-3470 |

Victoria Ann Avery
5665 Atlanta Hwy, 102-261
Alpharetta, GA 30004

Victoria Ann Avery
2080 One White Oak Ln.
Apt. 4102
Cumming, GA 30041

George Victor Matthews
380 Dahlonega St. Suite 102
Cumming, GA 30040-8212

Brett Michael-Schiff Ledermeier
McLain & Merritt
11625 Rainwater Drive, Suite 125
Alpharetta, GA 30009

GVM Trust c/o its Trustee
George Vourvoulias
PO Box 507
Green Lake, WI 54941-0507

Barbara Cash
Trustee of VM Trust #1
1310 Smithdale Hts. Dr.
Cumming, GA 30040

Barbara J. Phillips
1310 Smithdale Hts. Dr.
Cumming, GA 30040

W. Russell Patterson, Jr.
Ragsdale Beals Seigler Patterson & Gray, LLP
229 Peachtree St. NE, Suite 2400
Atlanta, GA 30303-1629