# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 19-63068 BEM  
**Case Name:** MATTHEWS, GEORGE VICTOR  

**Period Ending:** 09/30/20

**Trustee:** (300370)   Edwin K. Palmer  
**Filed (f) or Converted (c):** 08/19/19 (f)  
**§341(a) Meeting Date:** 09/18/19  
**Claims Bar Date:** 02/20/20

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Household goods | 750.00 | 0.00 | | 0.00 | FA |
| 2 | Electronics | 500.00 | 0.00 | | 0.00 | FA |
| 3 | Sixteen Greek Orthodox religious icons | 300.00 | 0.00 | | 0.00 | FA |
| 4 | Men's clothes | 300.00 | 0.00 | | 0.00 | FA |
| 5 | Costume jewelry and one (1) watch. | 300.00 | 0.00 | | 0.00 | FA |
| 6 | Cash | 45.00 | 0.00 | | 0.00 | FA |
| 7 | Checking: Bank of the Ozarks | 815.00 | 0.00 | | 0.00 | FA |
| 8 | Sole lifetime beneficiary of GVM Trust; founded | Unknown | 1.00 | | 0.00 | 1.00 |
| 9 | Beneficiary of VM Trust #1. | Unknown | 1.00 | | 0.00 | 1.00 |
| 10 | Claim for attorney's fees vs. VM Trust #1. | Unknown | 1.00 | | 0.00 | 1.00 |
| 11 | Claim against Victoria Ann Avery, Ted Ridlehuber  (u) | Unknown | 1.00 | | 0.00 | 1.00 |
| 11 | **Assets**     **Totals**  (Excluding unknown values) | **$3,010.00** | **$4.00** | | **$0.00** | **$4.00** |

**Major Activities Affecting Case Closing:**

Follow with Court-Appointed Counsel in avoidable transfer investigation and litigation.

Printed: 10/10/2020 12:01 PM    V.20.24

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 19-63068 BEM | **Trustee:** (300370) Edwin K. Palmer |
| **Case Name:** MATTHEWS, GEORGE VICTOR | **Filed (f) or Converted (c):** 08/19/19 (f) |
| | **§341(a) Meeting Date:** 09/18/19 |
| **Period Ending:** 09/30/20 | **Claims Bar Date:** 02/20/20 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** July 31, 2021        **Current Projected Date Of Final Report (TFR):** July 31, 2021